KAUFMAN (HAMMER v.). See Case No. 5,997.

KAUFMAN (LEE v.). See Cases Nos. 8,191 and 8,192.

KAUFMAN (OLIVER v.). See Case No. 10,497.

---

## Case No. 7,628.

### KAUPE v. BARNEY.

[Cited in Henneguin v. Barney, 24 Fed. 581. Nowhere reported; opinion not now accessible.]